**Order entered October 15, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00822-CR

**WILLIAM TRAVIS HENDRIX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82997-2017**

## ORDER

Before the Court is court reporter Antoinette Varela's October 12, 2018 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due November 12, 2018. We caution Ms. Varela that further extensions are disfavored.

/s/    LANA MYERS
          JUSTICE